**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:  March 27, 2008

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar
_____

**Criminal Case No.  07-cr-00371-REB**

UNITED STATES OF AMERICA,                          Micahel Carey

v.

3.  ISAAC HEADMAN,                                        Michael Goldman
                                                                     (via video conference)

          Defendants.
_____

**COURTROOM  MINUTES**
_____

**10:10 a.m.    Court in session.**

The Defendant is present in court (in custody).

Appearances of counsel.

Opening statements by the court.

The Defendant, Isaac Headman, and his counsel appear by video conference from
Durango, Colorado.

Statements to the Court by Mr. Goldman, for the Defendant.

The Defendant makes an oral Motion to Withdraw his Motion for Trial to be Held in
Durango. Colorado [#66] filed February 22, 2008.

Statements to the Court by Mr. Carey, for the Government.

Statement to the Court by Mr. Goldman, as to the Defendant's Motion for Trial to be Held in Durango. Colorado [#66] filed February 22, 2008.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

1. That the Defendant, Isaac Headman's, Motion for Trial to be Held in Durango, Colorado [#66] filed February 22, 2008, is **GRANTED** .and that in the alternative, the court exercises its judicial discretion and orders that trial by jury shall be held in Durango, Colorado;

2. That jury selection shall commence on the first day of trial at the La Plata County Courthouse, located at 1060 East 2nd Avenue on the second floor in one of the State District Court courtrooms in Durango, Colorado;

3. That following jury selection the remainder of the trial proceedings shall be conducted in the court facility for the United States District Court for the District of Colorado at 103 Shepherd Drive, Room 235, in Durango; Colorado.

4. That the Defendant's Motion to Withdraw his Motion for Trial to be Held in Durango, Colorado, is **DENIED**; and

5. That on **Tuesday, April 1, 2008, at 11:00 a.m.**, the Court shall conduct a telephonic setting conference, at which time defendants need not appear, to reset all pending defense pretrial Motions to Suppress, including docket entries 85, 86, 88, 89, and 92 for hearing sooner that August 2008, and to set this matter for Trial Preparation Conference and trial by jury; provided furthermore that counsel for the government shall arrange, schedule, and coordinate the conference call necessary to facilitate this setting conference.

**10:25 a.m.     Court in recess.**

*Total court time: 00:20 minutes - hearing concluded*