**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 07-cr-00371-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ISAAC HEADMAN,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    Attached is a **Juror Questionnaire** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated September 11, 2008, at Denver, Colorado.

                                             **BY THE COURT:**

                                             **s/ Robert E. Blackburn**
                                             **Robert E. Blackburn
United States District Judge**