IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 07-cr-00371-REB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ISAAC HEADMAN,

    Defendant.

---

STIPULATION AND ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

    Following the determination of a trial held before Judge Robert E. Blackburn, the parties stipulate:

    1. Counsel for each party shall retain custody of all exhibits sponsored, and depositions taken, by that party until 60 days after the time of appeal from this Court has expired or, if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter. Thereafter, the custodian may destroy or otherwise dispose of those items.

    2. Each party's custody shall be for the benefit of all parties hereto and shall remain subject to further Order of the Court.

    3. Upon any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and depositions in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado, this 22nd day of September, 2008.

_____       _____
Attorney for the Plaintiff(s)      Attorney for the Defendant(s)

    ORDERED that the parties shall retain custody pursuant to the foregoing stipulation.

BY THE COURT:

Bob Blackburn
_____
Robert E. Blackburn
United States District Judge