**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00371-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  ISAAC HEADMAN,

    Defendant.

# ORDER

**Blackburn, J.**

    On February 26, 2010, the mandate of United States Court of Appeals for the Tenth Circuit issued in appellate action 09-1033. *See* Mandate [#287] filed February 26, 2010. The mandate was issued in response to *United States v. Headman*, 594 F.3d 1179 (10th Cir. 2010), in which the court of appeals remanded the case to the district court to vacate either his conviction of felony murder or his conviction of kidnapping. This order is entered in response to that opinion and the resultant mandate.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the conviction and concomitant sentence for kidnapping as charged in Count Three of the Indictment are VACATED; and

2. That the Judgment in a Criminal Case [#236] entered January 21, 2009, is **AMENDED** and **SUPPLEMENTED** accordingly.

Dated March 24, 2010, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge